UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL PAUL TUDOR,

        Petitioner,

v.

SHIRLEE A. HARRY,

        Respondant.
_____/

Case No. 1:05-CV-827

Hon. Richard Alan Enslen

**ORDER**

In accordance with an Opinion issued on this date,

**IT IS HEREBY ORDERED** that Petitioner Michael Paul Tudor's Objections to the Magistrate Judge's October 4, 2006 Order (Dkt. No. 81) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Order of October 4, 2006 (Dkt. No. 60) is **AFFIRMED.**

Dated in Kalamazoo, MI:
February 16, 2007

      /s/Richard Alan Enslen
      Richard Alan Enslen
      Senior United States District Judge