UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL P. TUDOR,
    Petitioner,

No. 1:05-cv-827

-v-

HONORABLE PAUL L. MALONEY

SHIRLEE HARRY,
    Respondent.

## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: May 27, 2010                       /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge